IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND         DIVISION

FILED15 JUN '18 15:30USDC-ORP

*(Select the Division in which the complaint is filed.)*

Marlon   Crump

a,k,a, "Mad Man Marlon"

~~SM   STREET   ROOT~~ MC

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

STREET  ROOTS, et, al
cole Merkel, Kain Sand,
Scott Jackson

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. *3: 18-CV- 1053 - SI*
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Marlon Crump
Street Address — 523 S.W. 13th A.V.E #212
City and County — Portland, OR 97205 Multnomah county
State and Zip Code
Telephone Number — (503) 660-9043
E-mail Address — maximummadnyo(h) gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1
Name — STREET ROOTS
Job or Title (if known) — NON-PROFIT ORGANIZATION
Street Address — 211 Davis St,
City and County — Portland, OR 97205
State and Zip Code
Telephone Number — (503) 227-3117
E-mail Address (if known) — www. street roots.org

Defendant No. 2
Name — Kaia Sand
Job or Title (if known) — Executive Director
Street Address — 211 Davis St,
City and County — Portland, OR 97205 (Multnomah)

2

State and Zip Code _____

Telephone Number (503) 227-3117

E-mail Address kain (a) streetroots. org
(if known)

Defendant No. 3

Name Cole Merkel

Job or Title Vendor Program Director
(if known)

Street Address 211 Davis St.

City and County Portland, Oregon 97205

State and Zip Code Multnomah

Telephone Number (503) 660-9043

E-mail Address Cole (a) Street roots. org
(if known)

Defendant No. 4

Name Scott Jackson

Job or Title "Vendor Assistant"
(if known)

Street Address 211 Davis St.

City and County Portland, OR 97205

State and Zip Code Multnomah

Telephone Number (503) 660-9043

E-mail Address scott (a) street roots. org
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Marlon Crump , is a citizen of the State of *(name)* Oregon .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* ~~Marlon Crump~~ Marlon Crump MC, is incorporated under the laws of the State of *(name)* OREGON , and has its principal place of business in the State of *(name)* OREGON .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual   Street Roots

The defendant, *(name)* ~~Street Roots mc~~ , is a citizen of the State of *(name)* Oregon . *Or* is a citizen of *(foreign nation)* _____ .

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 10,000000 Million Dollars

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pain and suffering via myself and
Other Unknown parties and entities not
parties to this pending litigation

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

Reim burse all monies owed to myself
and unknown parties deeply affected
by the possible illegal and unethical
Practices from Street Roots, a non profit
501(c)3 mc organization ...... and
demand that a new management
of the organization

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 -14 , 20 18 .

Signature of Plaintiff         Murl
Printed Name of Plaintiff      Murlon Crump

**B.    For Attorneys**

Date of signing: _____, 20____.

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

Telephone Number

E-mail Address