FILED 26 JUN '18 16:52 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
**PORTLAND DIVISION**

**CASE NO.** 3:18-CV-1053-SI
**AMENDED** COMPLAINT:
.DEMAND FOR A JURY TRIAL
.FEDERAL QUESTION OF JURISDICTION AND DIVERSITY
.FEDERAL QUESTION OF STATUTES

PLEADING TITLE - 6

MARLON CRUMP,
A.K.A "MAD MAN MARLON"
**PLAINTIFF, IN PRO SE**
COMPLAINT:
VS.
STREET ROOTS
KAIA SAND,
SCOTT JACKSON, COLE MERKEL, **DEFENDANT(S)**

# INTRODUCTION

THIS COURT HAS A **FEDERAL QUESTION** AND **DIVERSITY JURISDICTION** IN ADDITION TO THAT FEDERAL QUESTION, FROM **PLAINTIFF, IN PRO SE, MARLON CRUMP, A.K.A "MAD MAN MARLON"** AS THE MOVING PARTY TO THIS CIVIL ACTION TO THE COURT, HAS JURISDICTION IN REGARDS TO THE QUESTION(S) OF DIVERSITY JURISDICTION TO THE SAID MENTIONED DEFENDANTS, **STREET ROOTS, KAIA SAND, SCOTT JACKSON, AND COLE MERKEL.**

THE SAID MENTIONED DEFENDANT(S) HEREIN THIS COMPLAINT FILED BY **MARLON CRUMP, A.K.A "MAD MAN MARLON"** ARE CURRENTLY MEMBERS OF STREET ROOTS, A GRASSROOTS NON-PROFIT GRASSROOTS ORGANIZATION WITH A **501 (C3) TAX EXEMPT STATUS** BASED HERE IN PORTLAND, OREGON IN WHICH THE PLAINTIFF IS A **FORMER MEMBER** AS AN INDEPENDENT LICENSED CONTRACTOR

PLEADING TITLE - 7

.WHAT **FEDERAL** QUESTION(S) AND JURISDICTION DOES **THIS COURT** HAVE THAT THE JURY AND PRESIDING MAGISTRATE IN THE MATTER HEREIN THIS COMPLAINT <u>MAY</u> DECIDE AND RULE ON HAVE STATUTES APPLICABLE TO COMPLAINT'S ARGUMENT(S) HEREIN YOUR COMPLAINT MAY DECIDE AND RULE ON?

## **TABLE OF CONTENTS**

.INTRODUCTION………………………………….….…PAGE…(1)

.SUMMARY……………………………………………...….PAGE…(2)

.ARGUMENT(S) BY PLAINTIFF, IN PRO SE TO THE COURT……………..…...PAGE.(3)

.CASES CITING **501(C3)** AND **501(C4)** NON-PROFIT ORGANIZATIONS TAX EXEMPT STATUS ……………..….PAGE

.EXHIBITS FILED BY PLAINTFF, N PRO SE……………..PAGE…(4)

.PRAYER FOR RELIEF SECTION…………………………PAGE….(5)

.CONCLUSION………………………………………....….PAGE…(6)

PLEADING TITLE - 8

# SUMMARY

Plaintiff, in pro se, Marlon Crump, a.k.a, "Mad Man Marlon" the moving party is a **former** licensed independent contractor for **STREET ROOTS,** a non-profit grassroots organization community-newspaper publication, based here in Portland, Oregon with a **501 (C) (3) tax-exempt** status the defendant(s) mentioned herein this complaint to this court's jurisdiction.

Mr. Crump arrived to Portland, Oregon in the summer of August of 2011 from the Bay Area of San Francisco, California. Crump was a former reporter/journalist for another non-profit grassroots organization there called **POOR MAGAZINE/POOR NEWS NETWORK** in which also has a **501(C)(3)** tax-exempt he co-founded the organization's project with the co-founder of that organization, "Tiny" Lisa Gray-Garcia in 2007.

Mr. Crump arrived to Portland, Oregon homeless and lived on the street for a time period from August, 2011 till October of 2011. Afterwards, he lived in a men's shelter in Transition Projects until he was able to receive affordable housing as a Social Security recipient. Crump stayed in at the Musolf Manor, an affordable housing subsidy unit which is 30% of a potential client/tenant's resident's income for permanent housing.

Mr. Crump during this time period from leaving San Francisco, he joined Street Roots to sell newspapers as one of its vendors as an **"independent licensed contractor."**

Mr. Crump became a **very highly respected** community member of Portland, Oregon with impeccable and remarkable credentials, earning high verbal praise and immediately rose within the ranks of the organization. On occasion, Crump volunteered for Street Roots during its organization fundraising events, and was instrumental during certain

PLEADING TITLE - 9

projects such as "creative writing classes" and speaking to youth organizations who appealed to Street Roots towards its cause and mission statements.

On May, 11th, 2018 Mr. Crump voluntarily left the organization citing "irreconcilable differences" <u>within community.</u> Afterwards, following his departure Mr. Crump voluntarily helped around the office and single-handedly kept it predominately a safe and secure environment from "outside disturbances".

PLEADING TITLE - 10

# ARGUMENTS

.**OREGON REVISED STATUTES**

.**TAX EXEMPT** ORGAZNIZATIONS

.(**RELIGIOUS** CORPORATIONS, **CONSTITUTIONAL** PROTECTIONS **(65.0042)**
(ARGUMENT(S) RAISED BY ME IS THAT STREET ROOTS HAS HAD AND **CURRENTLY STILL** DOES OPERATE AS VOLUNTEERS WHO ARE JESUIT VOLUNTEERS EVEN THOUGH THE U.S. CONSTITUTION PROTECTS THEIR RIGHT TO FREEDOM OF RELIGION. THIS IS WHAT CONFUSES ME IN TERMS OF OPERATING AS A NON-PROFIT ORGANIZATION WITH A **501 (C3)** AND **501 (C4)** STATUS.
(WHY DID ISRAEL BAYER **REALLY** RESIGN/RETIRE LAST YEAR?)

(MISLEADING IN SOLICITATION IN SEEKING CONTRIBUTIONS)

.**GENERAL PROVISIONS (65.061)**
.(DEFINITIONS **65.001)**

**OREGON REVISED STATUTE (65.301)** REQUIREMENT FOR DUTIES AND DUTIES OF BOAARD

.**CONSTITUTIONAL** PROTECTIONS BYLAWS



.**EXHIBITS (SUBMITTED)**

PLEADING TITLE - 1

(**VENDORS** AND THEIR **TRUE** PURPOSE)

.**VOLUNTEERS**
(SCOTT JACKSON, AMONG NUMEROUS OTHERS MENTIONED IN THE WEEKLY EDITION STAFF COLUMN SECTION.

.INDIVIDUAL CONTRIBUTORS
(STREET ROOTS CANNOT DISCLOSE DONORS OR CONTRIBUTORS....LEGALLY)

.WHAT **FEDERAL** QUESTION(S) AND JURISDICTION DOES **THIS COURT** HAVE THAT THE JURY AND PRESIDING MAGISTRATE IN THE MATTER HEREIN YOUR COMPLAINT MAY DECIDE AND RULE ON HAVE STATUTES APPLICABLE TO COMPLAINT'S ARGUMENT(S) HEREIN YOUR COMPLAINT MAY DECIDE AND RULE ON?

## .ARGUMENTS

.OREGON REVISED STATUTES

.**TAX EXEMPT** ORGAZNIZATIONS

.(**RELIGIOUS** CORPORATIONS, **CONSTITUTIONAL** PROTECTIONS **(65.0042)**

PLEADING TITLE - 2

**(ARGUMENT(S)** RAISED BY ME IS THAT STREET ROOTS HAS HAD AND **CURRENTLY**

**STILL** DOES OPERATE THEIR ORGANIZATION WITH VOLUNTEERS WHO ARE JESUIT VOLUNTEERS EVEN THOUGH THE U.S. CONSTITUTION DOES PROTECTS THEIR RIGHT TO FREEDOM OF RELIGION. THIS IS WHAT CONFUSES ME AND ESPECIALLY THE ENTIRE COMMUNITY OF PORTLAND OREGON, AND SUPPORTERS ON GLOBAL LEVELS. NOTWITHSTANDING, IN REFERENCE OF OPERATING AS A NON-PROFIT ORGANIZATION WITH A **501 (C3)** AND **501 (C4)** STATUS.

(WHY DID ISRAEL BAYER **REALLY** RESIGN/RETIRE LAST YEAR?)

.**GENERAL PROVISIONS (65.061)**
.(DEFINITIONS **65.001)**

 (SECTION)

**OREGON REVISED STATUTE (65.301)** REQUIREMENT FOR DUTIES AND DUTIES OF BOARD

.**CONSTITUTIONAL** PROTECTIONS BYLAWS

.**PAGINATION REQUIREMENTS**

.**EXHIBITS**

.L.R. (LOCAL RULES) F.R.C.P (FEDERAL RULES OF CIVIL PROCEDURE)

PLEADING TITLE - 3

.IDENTIFYING LEAD COUNSEL

.SUCCESSFUL FUNCTIONING

.SUCCESSFUL FUNCTIONING

.INDEPENDENT CONTRACTORS
[I myself, the moving party have contributed to STREET ROOTS......as the MOVING PARTY!
(**VENDORS** AND THEIR **TRUE** PURPOSE) .**VOLUNTEERS?**

## **PRAYER FOR RELIEF**

PLAINTIFF, IN PRO SE, **MARLON CRUMP**, A.K.A **"MAD MAN MARLON"** PRAYS FOR RELIEF AS DEEMED **APPROPRIATE** BY THE COURT BY THIS COURT'S JURISDICTION.

PLEADING TITLE - 4

## CONCLUSION

MARLON CRUMP, A.K.A "MAD MAN MARLON" WISHES TO MOVE FORWARD WITH HIS COMPLAINT AGAINST SAID DEFENDANTS, STREET ROOTS, KAIA SAND, SCOTT JACKSON, AND COLE MERKEL HEREIN THIS COMPLAINT.

_____

DATED THIS JUNE 26TH DAY OF 2018
6-26-18

_____
SIGNATURE OF PLAINTIFF, IN PRO SE

PLEADING TITLE - 5

# street roots


PLAINTIFF'S EXHIBIT A

*Mission: Street Roots creates income opportunities for people experiencing homelessness and poverty by producing a newspaper and other media that are catalysts for individual and social change.*

**Job Announcement:** Vendor Program Coordinator

*Are you ready and excited to support 170 people experiencing homelessness and poverty to earn an income and get a hand-up selling Street Roots, an award-winning weekly newspaper?*

We're seeking a motivated, independent, compassionate, team-oriented self-starter to manage daily front office interactions for our amazing team of vendors. Our Vendor Program Coordinator takes the lead in supporting and motivating Street Roots vendors, opens the vendor office five days per week (including weekends), and hosts a calm, safe space for more than 170 active vendors. You will help us maintain our current level of services while also helping us dream big, plan and implement for the future. Basic duties include selling the newspaper to vendors, maintaining vendor sales locations, badges and database; hosting biweekly orientations; overseeing office cleanliness and organization; managing the front desk (fielding calls and messages, distributing Rose City Resource guide, serving as an ambassador for our organization); and broadly supporting the well-being of vendors.

**Read the full job description at www.streetroots.org/VendorCoordinatorJobMay2018**

**Salary and Benefits Information:**
- $16/hour (35-40 hours/week) Working Saturdays and Sundays is required
- 100% coverage of health and dental insurance premiums
- Annual paid time off (vacation and holidays)

**Want to apply?**
Email a resume and a brief cover letter to executive director Kaia Sand at kaia@streetroots.org by 5pm on **Thursday, May 31, 2018.** Please write "vendor program coordinator" in the subject line.

In your cover letter, tell us how you heard about the position and respond to these questions:

Ellen F. Rosenblum
Attorney General

Frederick M. Boss
Deputy Attorney General

PLAINTIFF'S EXHIBIT 13



**OREGON DEPARTMENT OF JUSTICE**
**CONSUMER COMPLAINT FORM**

PLEASE NOTE THE FOLLOWING:
Under Oregon Law, the Attorney General cannot act as your private attorney or give you legal advice. Deadlines may prevent you from starting a lawsuit if you wait too long, you may wish to contact a private attorney. Filing this complaint does not change any deadlines.

1. PLEASE COMPLETE THIS FORM USING DARK INK. TYPE OR PRINT CLEARLY.
2. RETURN THIS FORM ALONG WITH COPIES OF ALL SUPPORTING DOCUMENTATION. DO NOT SEND YOUR ORIGINALS!

Information about you — Fields marked by an asterisk * are required.

| | |
|---|---|
| * First Name: | Marlon mc |
| * Last Name: | Crump    a.k.a "Mad Man Marlon" |
| * Mailing Address: | 523 S.W. 13th #212 |
| * City: | Portland |
| * State: | OR |
| * Zip: | 97205 |
| * Day Phone: | 503-660-9043 |
| Cell: | |
| Email: | maximumn madm 40 (a) gmail.com |

☒ I would like to receive FRAUD & SCAM ALERTS. (Email address required) maximumn madm 40 (a) gmail.com
☒ I am not requesting action on this complaint.  ☐ I am over 65 years of age.
☒ I am under 30 years of age.  ☐ English is not my first language.
☒ I am a Veteran.  ☐ I would like info on Veteran's Benefits.

DEPENDING ON THE TYPE OF BUSINESS INVOLVED, THERE MAY BE OTHER STATE AGENCIES THAT CAN HELP. FOR A COMPLETE LIST OF AGENCIES, PLEASE VISIT - HTTP://WWW.OREGON.GOV/PAGES/A_TO_Z_LISTING.ASPX

Please provide information about the business or person in which you are submitting the complaint about.

| | |
|---|---|
| Name of Business: | Street Roots |
| Mailing Address: | 211 Davis St. mc |
| City: | Portland |
| State: | OR |
| Zip: | 97205 |
| Phone Number: | 503-228-5657 |
| Business Email Address: | |

IF YOU PAID BY CREDIT CARD, THE CARD ISSUER MAY OFFER RELIEF OR PROTECTION. CONSIDER CONTACTING YOUR CREDIT CARD COMPANY.

| $$ Money Lost: | N/A | Date of Transaction: | JANUARY 01, 2017 |
|---|---|---|---|

Type of Service or Transaction:
☐ Motor Vehicles    ☐ Home & Mortgage    ☐ Phone, Internet & TV
☐ Sales, Scams & Fraud    ☐ ID Theft & Data Breaches    ☐ Credit, Loans & Debt

| If your complaint is about TOWING, provide the License Plate #. | FOR OFFICIAL USE ONLY |
|---|---|
| State: N/A  Plate #: | File Number: |
| | Complaint Code:   Business Code: |
| If your complaint is about a WEBSITE, provide the Website URL: N/A | Closing Code: |
| | Return to: |
| | Letter Type: |
| If you have an ACCOUNT with this business, provide the N/A | CC: |
| | Notify: |

DETAILS OF COMPLAINT
(Attach additional pages if needed)

To whom it may concern,
My name is Marlon Crump, a.k.a "Mad Man Marlon" who is a former independent licensed contractor vendor for the "non profit organization" with a 501(c)(3), Street Roots based here in Portland, OR. An editorial was whom I assume was written by the current executive director of Street Roots, Kaia Sand, on a week-to-week basis, Street Roots is published every Friday. Pursuant to ~~provisions~~ Oregon Law surrounding Tax-Exempt + cites to the following. in regards to the public benefit and religious organizations "No private person or private corporation is profiting from ~~your group~~ and your group does NOT do substantial lobbying or engage in ~~any~~ political activity." The non-profit grass roots organization of Street Roots (501)(3) status does not or should not fall under the provisions pertaining to this Oregon law since it misleads the public, supporter, donors, and contributors to the absolute sworn belief that they operate without ~~any~~ religious and charitable intentions. (501)(c4) Despite the fact that it is a community publication, members of the public are misled to the sworn belief of lobbying for political purposes. I, Marlon Crump, a.k.a "Mad Man Marlon" request an investigation as to the legal just standing regarding there (501)(c3) or (501)(c4). Sincerely, Marlon Crump, a.k.a "Mad Man Marlon"

By my signature below, I understand a) this complaint will become part of DOJ's permanent records and is subject to Oregon's Public Records Law; b) this complaint may be released to the business or person about whom I am complaining; c) this complaint may be referred to another governmental agency. I authorize any party to release to the DOJ any information and documentation relative to this complaint.

MC
Signature: Marlon ~~Crump~~ a.k.a. "~~Mad Man Marlon~~"    Date: 6-20-18

You can submit your completed complaint and supporting documentation via In-Person, Mail, Email or Fax.
In-Person Complaints to: Department of Justice | Financial Fraud/Consumer Protection Section | 2250 McGilchrist St. SE | Salem, OR 97302
Mail Complaints to: Department of Justice | Financial Fraud/Consumer Protection Section | 1162 Court St. NE | Salem, OR 97301
Email Complaints to: help@oregonconsumer.gov
Fax Complaints to: (503) 378-5017 or (503) 378-8910
Consumer Hotline - Toll Free Area: (877) 877-9392 | Hours: 8:30am to 4:30pm M-F



PLAINTIFF'S EXHIBIT

Marlon Crump

523 S.W. 13th AVE Apt#212

Portland, OR 97205

Email:marliniumn1978@yahoo.com

Mobile:# (503) 995-3317

May 19th, 2018

Kaia Sand, executive director

Street Roots

211 Davis St.

Portland, OR 97209-3952

Office# (503) 228-5657

Dear Miss Kaia Sand,

My name is Marlon Crump. I am a Cleveland, Ohio native who lived in the Bay Area of San Francisco, California. I arrived here to Portland, Oregon in August of 2011. I recently learned of a position that will soon become available in your administrative office of Street Roots, the non-profit grassroots organization based here in Portland, as vendor coordinator.

This community-based organization has serviced the City of Portland with news pertaining to the struggles of peoples, families, cultures, on both local and global with street level news coverages reporting primarily on economic hardships.

Miss Sand, I have been a member of Street Roots since my arrival here in the City of Portland, as one of the now large vast number of 170 newspaper street vendors spread throughout this city from August, 2011 to May 11th, 2018.

At the time of my arrival, I was homeless.

I voluntarily left my near seven year tenure, as a vendor due to the rapidly growing differences between myself, and the community members I have serviced throughout that course period of time.

My experiences with Street Roots for such position I personally feel that it should stand without absolute doubt, and should stand to reason considering my relationship with everyone who have not only supported myself, but to devoted donors who have generously contributed towards the organization's successful growth for continuing community enhancement, and healing humanity.

Prior to my recruitment into the organization, I had similar experiences of community involvements with the following non-profit grassroots organization which have similar mission statements towards community growth..........with different approaches towards that community growth:

.San Francisco Coalition on Homelessness

.POOR Magazine/POOR News Network

I have very extensive and extraordinary experiences in writing, journalism, poetry, organization growth, organization structure, fundraising, volunteering, outreach, public relations, office handling, organizing, teaching, radio broadcasting, public speaking, social interaction, media, reporting, conflict resolution, legal advocacy, and even leadership.

For this particular position, I strive to be punctual, responsible, respectful, ambitious, and dedicated. My personality and characteristics are as follows:

.witty

.communicative

.creative

.thoughtful

.entertaining

.humorous

.professional

.amusing

.no-nonsense

.strong leadership

.community awareness

.attentive

.goal-oriented

.feisty

.resilient

.social

.alert

.honest

.career minded

.dedicated

.active

.persistent

.responsible

.intuitive

I should note that for the record in receipt of this cover letter, Miss Sand, that I am featured in the 2012 vendor orientation training video collectively with other vendors in our testimonial experiences as to being a newspaper street vendor.

In addition, I was awarded the 2014 Street Roots Vendor of the Year in which many Street Roots staff, longtime supporters of my work, fellow vendors, city leaders including then Portland Mayor Charlie Hales and his wife, Nancy Hales were present.

If I am INDEED qualified for the position as vendor coordinator, Miss Sand, I can practically, and even personally guarantee the continued growth and success of the organization's mission statement.


Respectfully,

Marlon L. Crump

A.K.A "Mad Man Marlon.

Dated this May 19th Day of 2018.

**Marla Momper**

**From:** Marlon L. Crump <marliniumn1978@yahoo.com>
**Sent:** Wednesday, May 16, 2018 3:20 PM
**To:** Marla Momper
**Subject:** Fw: RESUME......



--- On Wed, 5/16/18, Marlon L. Crump <marliniumn1978@yahoo.com> wrote:

> From: Marlon L. Crump <marliniumn1978@yahoo.com>
> Subject: RESUME......
> To: "Street Roots" <kaia@streetroots.org>
> Date: Wednesday, May 16, 2018, 2:52 PM MARLON CRUMP
> 523 S.W. 13TH AVE APT#212
> PORTLAND, OR 97205
> EMAIL:MARLINIUMN1978@YAHOO.COM
> MOBILE# 503 995-3317
> .OBJECTIVE: SEEKING UPCOMING POSITION FOR THE NON-PROFIT
> ORGANIZATION, STREET ROOTS, AS A VENDOR COORDINATOR.SEEK ALTERNATIVE
> EMPLOYMENT CONSISTING OF MY SKILLS AND ABILITIES. NOT SEEKING ANYTHING
> IN THE INDUSTRIAL OR MANUAL LABOR FIELD PERSONALITY TRAITS .WITTY
> .COMMUNICATIVE .MULTI-TASKFUL .CREATIVE .THOUGHTFUL .ENTERTAINING
> .HUMOROUS .PROFESSIONAL .THOUGHTFUL .AMUSING .NO NONSENSE .STRONG
> LEADERSHIP QUALITIES .COMMUNITY AWARENESS .ATTENTIVE .GOAL-ORIENTED
> .FEISTY (RESPECTFULLY, WHEN NEEDED) .RESILIENT .SOCIAL
> .SELF-MOTIVATED .ALERT .HONEST .CAREER-MINDED .DEDICATED .ACTIVE
> .PERSISTENT EDUCATION LEVELS AND BACKGROUND
> TEACHER: MISS GALLAGHER
> .GRADE LEVEL:1ST
> .YEARS ATTENDED: 1985-1986
> .CLASSES: READING,SPELLING,WRITING, AND DRAWING
> .GRADUATION: FAILED JOHN W. RAPER (SPECIAL EDUCATION
> LEVEL)
> .GRADE LEVELS-2ND-3RD
> .YEARS ATTENDED: 1986-1988
> .TEACHERS: NETTIE M.PITTS
>
> .ACHIEVEMENTS: MERIT ROLL, HONOR ROLL, STUDENT LEADER, OUTSTANDING
> STUDENT, THEATER "WESTERN UNION MAN" AND PARTICIPATED IN A FASHION
> MODEL SHOW." .TEACHER: IDA B. JONES .GRADE LEVEL: 4TH
> .CLASSES: ENGLISH,GRAMMAR,
> LITERARY ART, READING, AND WRITING
> .GRADE LEVEL: ENGLISH B, READING A+, SPELLING B, WRITING,
> A+,GRAMMAR B SCIENCE C-, WRITING A+,LITERARY ART, A
> MARGARETE A. IRELAND ELEMENTARY SCHOOL .YEARS ATTENDED: 2 (1989-1991)
> .CLASSES:MATH, ENGLISH, GRAMMAR, WRITING, SOCIAL STUDIES, SCIENCE,
> HISTORY, WRITING, LITERARY ART
> .TEACHERS: MRS. GASSER

1




Real news from the streets

October 14, 2014

Marlon Crump
216 NW 3rd Ave #230
Portland, OR 97209

Dear Marlon:

On behalf of everyone at Street Roots, thank you so much for your contribution at the Street Roots Family Breakfast. Your donation of $2.00 on October 09, 2014 helped us surpass our goal and will go a long way towards helping our vendors.

With your generous donation Street Roots will realize its dream to become a weekly publication beginning this December. Going weekly will provide an increase in sales and income for the vendors, with most of their incomes more than doubling. This will also give vendors and readers a chance to connect more frequently. Over 70% of papers are sold the first week after publication, leaving limited human connections for vendors the second week.

This will also provide the community with an increase in the number of high quality news stories Street Roots is able to publish and allow the newspaper to be more responsive to events and news. Informing readers like you on a range of social justice issues in a more timely manner is one of our top priorities.

At Street Roots, every week counts. Thank you for being a part of the Street Roots Family.

Sincerely,

Israel Bayer, Director
(503) 228-5657
israel@streetroots.org

*Street Roots creates income opportunities for people experiencing homelessness and poverty by producing a newspaper and other media that are catalysts for individual and social change.*

**Thank you for your donation to Street Roots, a 501(c)(3) non-profit organization. In exchange for this donation, you received no goods or services. It may be tax-deductible. EIN: 93-1271399**

PLAINTIFF EXHIBIT

Street Roots • June 8-14, 2018 — Editorial

# Separating children from asylum seekers unconscionable

**EDITORIAL**

It is outrageous that we have to declare in print that children should not be traumatized and discarded for political gain. But this abuse is exactly what our government is doing in our name.

The contribution of immigrants to our country has always been a supporting pillar in our values as Americans. Today, we are facing an attack on those fundamental values, one shrouded in political jargon but nonetheless following the playbook of isolationism, xenophobia and racism.

The Trump administration has issued a "zero tolerance" policy on people trying to enter the United States, including those seeking asylum. Before this policy, people caught crossing the Mexican border illegally were detained and then sent back across the border. The new policy, announced by U.S. Attorney General Jeff Sessions, is that all illegal crossers, including asylum seekers, will be prosecuted by the Department of Homeland Security and charged with a felony, facing months in prison, while their children are sent to juvenile detention facilities. Reports say hundreds of children have been removed from their parent's protection and placed in the hands of the Department of Human Services.

In Sessions' words, "If you are smuggling a child, then we will prosecute you and that child will be separated from you as required by law. If you don't like that, then don't smuggle children over our border."

And just like that, people migrating from Latin America are labeled wholesale as felons and smugglers, better suited to the abject poverty and violence they "chose" to escape.

There's great political capital in that language, even before a single arrest. Organizations like the Center for Immigration Studies, the propaganda arm for the anti-immigrant movement, are firing up their members with this rhetoric. CIS has been labeled a hate group by the Southern Poverty Law Center for repeated circulation of white supremacist, anti-Semitic and racist material. This is the channel people who demonize and scapegoat immigrants turn to, including the Federation for American Immigration Reform. FAIR is the national organization backing local efforts to repeal Oregon's sanctuary state status, which has [...] this administration's selections. There are children waiting.

On Sunday, June 3, the personal impact of this policy was put into the spotlight as Oregon's U.S. Sen. Jeff Merkley stood outside an immigrant detention facility in Brownsville, Texas, to decry the treatment of families seeking asylum in the United States. That experience, as he was denied entrance, has become a viral video online. During his trip, Merkley was allowed access to a processing facility – a first-stop for immigrants detained managed by the Department of Homeland Security – and described the harsh conditions he saw there.

Over this past weekend, staffers with U.S. Sen. Bob Menendez, (D-N.J.), were also denied entrance to an immigrant detention facility in California, despite prior requests for access.

Trump blames an unspecified law created by Democrats for the actions. However, Merkley and legal experts say there is no legal requirement that children be taken from their families. This is a strategy to keep people from Central and South America from entering the country, even for legal protection under U.S. law.

"It's a new policy not aimed at border security," Merkley said in a phone press conference on Tuesday. "It's a policy to punish and deter those people coming to the border illegally. But the application for asylum is guaranteed by law."

> In lieu of constructive immigration reform, we've been given a policy to inflict pain on children as a means for blocking certain people, specifically people from Central and South America, from seeking asylum in the United States.

In lieu of constructive immigration reform, we've been given a policy to inflict pain on children as a means for blocking certain people, specifically people from Central and South America, from seeking asylum in the United States.

"It's morally bankrupt. It's wrong on every level," said Merkley. "You don't hurt children in order to influence the policy choices of their parents."

The New York Times reported in April that it has data showing more than 700 children have been taken from adults claiming to be their parents since October, including more than 100 children under the age of 4. The ACLU has filed a class-action lawsuit against federal immigration bureaus to stop the practice of separating children from their parents.

Merkley's been criticized for creating a publicity stunt. Regardless, he and Menendez make an important point that we shouldn't be kept in the dark about the human toll extracted by our immigration policies.

*[handwritten annotation: "No mention of Kaia Sand in this edition either"]*



### CENTRAL CITY COFFEE

*Drink well. Do good.*

Sourcing & roasting craft coffee to benefit programs at **Central City Concern**.

**IN STORES**
New Seasons Market, Whole Foods, Food Front Cooperative Grocery, Green Zebra, Chuck's Produce, Food Fight!, Cherry Sprout Produce, and Know Thy Food.

**AT YOUR OFFICE**
Interested in serving Central City Coffee at your office? Get in touch with us and we can help you make that happen. 503.226.7387

**ON OUR WEBSITE**
Buy Central City Coffee online and have it shipped directly to you or a friend.

**AT KASBAH MOROCCAN CAFE**
Get your espresso favorites at Old Town's newest spot (201 NW Davis Street), featuring Central City Coffee!

Follow our Facebook page for updates and specials.

centralcitycoffee.org  facebook.com/CentralCityCoffee  coffee@ccconcern.org

### Answers to Page 15 Puzzles



## VENDOR PROFILE
## Kris Beck

**BY HELEN HILL**
**CONTRIBUTING WRITER**

Born in Seattle, Kris Beck grew up in the Scandinavian enclave known as Uffda in the city's Ballard neighborhood. "I was the only person of color in the area, I had no problem with that," she said. Since Kris moved to Portland, she's experienced a ramping up of racism and assault on the streets and in the shelter.

Kris feels things have gotten worse since Trump got elected. She believes being a person of color, homeless and small in stature has made her particularly vulnerable.

"I thank God for Street Roots and Rose Haven," Kris said. Street Roots is a safe place to come, and other vendors, guys, homeless people, stick up for me even on the streets. There's always going to be a predator, no matter what, in the working class.

Kris arrived in Portland looking for a new beginning following a domestic abuse situation in Seattle. But when her ID and all of her belongings, including her field journal full of writings and drawings, Kindle and phone, were stolen soon after her arrival, she's started having a tough time. "I've never been without a job, I can't stand being out of work," she said. "Street Roots has kept me sane while I sent away for my ID and looked for work."

Recently things have been improving for Kris. After applying for five positions at Work Source, she was hired on at the Washington Park Zoo as a member of the grounds crew. She is excited to begin working soon.

Eventually she'd like to work at the nearby Arboretum as horticulturist. She loves working with plants and plans to study botany and teach one day. But first, she hopes to save up for



### FLOWER POWER

*Vendors handed out roses and lilies to celebrate marchers in Tuesday's May Day Parade, thanks to a donation from*

